```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

RAYMOND BAZINET,
    Plaintiff(s)

    v.                                     CIVIL ACTION
                                                 NO. 05-40041-FDS

DR. JOSEPH P. BURKE,
   SUPERINTENDENT OF SCHOOLS
       Defendant(s)

## ORDER FOR TRANSFER

SAYLOR, D.J.

    Pursuant to the provisions of Rule 40.1 of the Local Rules, the above-entitled case is hereby transferred to the Springfield session of this Court for all further proceedings.

                                          By the Court,

                                          /S/Deborah F. Shattuck
                                          Deputy Clerk

Date:  March 2, 2005