## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:    Civil  No.   05-40041-FDS

   Title: RAYMOND BAZINET   V.   DR. JOSEPH D. BURKE

**N O T I C E**

          Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been

returned to the Clerk for reassignment.  Please take notice that this case previously

assigned to Judge   F. DENNIS SAYLOR, IV                has been reassigned to

Judge   KENNETH P. NEIMAN                for all further proceedings.  From this

date forward the case number on all pleadings should be followed by the initials KPN.  .

          Thank you for your cooperation in this matter.

                    TONY ANASTAS
                    CLERK OF COURT

          By:    /S/ MARY FINN
                    Deputy Clerk

Date:   3/07/2005