IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAYMOND BAZINET ) | CASE NAME | |
| ) | | |
| Plaintiff ) | | |
| v. ) | Bazinet v. Burke | |
| ) | | |
| Dr. Joseph P. Burke, Superintendent of Schools ) | | |
| ) | Case Number | |
| Defendant. ) | 3:05-cv-40041-MAP | |
| ) | | |

MOTION

1.
The plaintiff requests that the court direct the defendant to release copies of his file that pertain to his obtaining future employment. To wit: all his evaluations, all his resumes, and all other material pertaining to his attempt to obtain employment.

2.
The plaintiff is not able to properly submit applications for teaching positions due to the fact of his losing all of his personal papers and computer records in a fire at his residence in New Hampshire in May of 2004.

3.
The plaintiff is unable to file for retirement unless he is employed in a Massachusetts's school.

4/20/05

Raymond Bazinet

I have served defendant's counsel by mail this 20th day of April.

Raymond Bazinet