UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAYMOND BAZINET,<br>　　　　　Plaintiff | ) <br> ) <br> ) | |
| v. | ) <br> ) <br> ) | Civil Action No.  05-40041-MAP |
| DR. JOSEPH P. BURKE,<br>SUPERINTENDENT OF SCHOOLS,<br>　　　　　Defendant | ) <br> ) <br> ) | |

SCHEDULING ORDER
May 18, 2005

NEIMAN, U.S.M.J.

　　　　The following schedule was established at the initial scheduling conference this day:

　　　　1.　　The parties shall complete their automatic disclosures by June 14, 2005.

　　　　2.　　All written discovery shall be served by August 26, 2005.

　　　　3.　　Non-expert depositions shall be completed by November 18, 2005.

　　　　4.　　The parties shall appear for a case management conference on November 21, 2005, at 10:30 a.m. in Courtroom Three.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge