UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAYMOND BAZINET,           )
         Plaintiff          )
                  )
v.                         )    Civil Action No.  05-40041-MAP
                  )
                  )
DR. JOSEPH P. BURKE,       )
SUPERINTENDENT OF SCHOOLS, )
         Defendant          )

FURTHER SCHEDULING ORDER
November 21, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. All remaining depositions shall be completed by December 16, 2005.

2. Defendant shall file his dispositive motion by February 15, 2006, or inform the court in writing by that date that no such motion will be filed.

3. Plaintiff's opposition to the motion for summary judgment, if any, shall be filed by March 3, 2006, to which a reply may be filed by March 10, 2006.

4. If no dispositive motion is filed, the parties shall appear for a final pretrial conference on March 31, 2006, at 2:30 p.m. in Courtroom One before District Judge Michael A. Ponsor. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(d) and the Procedural Order entered this date.

IT IS SO ORDERED.

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge

Case 3:05-cv-40041-MAP    Document 14    Filed 11/21/2005    Page 2 of 2