# United States District Court
# District of Massachusetts

**RAYMOND BAZINET,**
        Plaintiff,

v.                                  **CIVIL ACTION NO. 05-40041-MAP**

**DR. JOSEPH P. BURKE,**
**SUPERINTENDENT OF SCHOOLS,**
        Defendant.

---

**JOINT STATEMENT PURSUANT TO L.R. 16.1**

---

Now comes Defendant Dr. Joseph P. Burke, Superintendent of Schools and state that they have conferred as required by court order and L.R. 16.1 and agree:

1) the plaintiff will make a written demand for settlement at the scheduling conference and the defendants will respond witin 10 days thereof; and

2) they have conferred with their respective counsel as required by Local Rule 16.1 with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. Certifications required by L.R. 16.1(D)(3) are attached hereto.

In addition, the parties agree to an order for discovery and a proposed schedule for the filing of motions and pretrial scheduling as follows:

    1.      All automatic discovery will be exchanged by June 14, 2005;

    2.      Defendant proposes all written discovery requests will be served August, 27, 2005, plaintiff does not agree and proposes a shorter period of time;

    3.      Defendant proposes all non-expert depositions before January 31, 2006, plaintiff does not agree and proposes a shorter period of time;

50934

    4.    Counsel will appear again before this court for a status conference thereafter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Raymond Bazinet<br>Pro Se | Defendants<br>By his Attorney |
| _____<br>56 Elm Street #38<br>Enfield, CT 06082<br>860-745-6718 | _____<br>Edward M. Pikula<br>Associate City Solicitor<br>BBO #399770<br>CITY OF SPRINGFIELD LAW DEPATMENT<br>36 Court Street<br>Springfield, Massachusetts 01103<br>Telephone:    (413) 787-6085<br>Telefax:    (413) 787-6173 |

50934