# United States District Court
# District of Massachusetts

**RAYMOND BAZINET,**
          Plaintiff,

v.

**DR. JOSEPH P. BURKE,**
**SUPERINTENDENT OF SCHOOLS,**
          Defendant.

CIVIL ACTION NO.  05-40041-MAP

## DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant, **DR. JOSEPH P. BURKE, SUPERINTENDENT OF SCHOOLS**, by his attorney, and, under Rule 56 of the Fed. R. Civ. P., moves this honorable court for summary judgment.

Defendant states that he is entitled to judgment as a matter of law, and relies on the memorandum of law filed in support of this motion, together with the exhibits attached thereto. Based on the materials submitted, defendant respectfully requests that his motion for summary judgment be ALLOWED.

Respectfully submitted,

Defendant Josepth D. Burke,
Superintendent of Schools
By His Attorney

S / S Edward M. Pikula

_____
Edward M. Pikula
City Solicitor
BBO #399770
CITY OF SPRINGFIELD LAW DEPARTMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:      (413) 787-6085
Telefax:      (413) 787-6173

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true copy of the within Defendant's Response was this day served upon Plaintiff by mailing copy of same to:
Raymond Bazinet
56 Elm Street #38
Enfield, CT 06082
SIGNED under the pains and penalties of perjury.
Dated:   3/3/2006
S / S  Edward M. Pikula, Esquire

51101