# United States District Court
# District of Massachusetts

**RAYMOND BAZINET,**
                              PLAINTIFF,

                    v.                              **CIVIL ACTION NO.  05-40041-MAP**

**DR. JOSEPH P. BURKE,**
**SUPERINTENDENT OF SCHOOLS,**
                              DEFENDANT.

---

### DEFENDANT'S
### MOTION FOR LEAVE TO FILE
### SUMMARY JUDGMENT LATE

---

Now comes the defendant Dr. Joseph Burke, and moves this honorable court for leave for counsel to file the motion for summary judgment late.

As grounds defendant states that the deadline for filing the motion for summary judgment was set by the court as February 15, 2006. On February 15, 2006, defendant prepared and served a motion to modify the schedule for filing the motion, due to an inability to comply with the schedule as a result of Counsel's appointment to the position of City Solicitor. However, during the course of electronic filing, the document filed was inadvertently a duplicate of the joint statement  originally filed rather than the motion to modify.

The motion for summary judgment has been finalized and is filed herewith.

The late filing is in the interest of judicial economy, and will not significantly disrupt the timely disposition of this case.

51194



Respectfully submitted,

Defendant Josepth D. Burke,
Superintendent of Schools

S/S  Edward M. Pikula

_____
Edward M. Pikula
City Solicitor
BBO #399770
CITY OF SPRINGFIELD LAW DEPARTMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:        (413) 787-6085
Telefax:          (413) 787-6173

51194