UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RAYMOND BAZINET,            )
      Plaintiff       )
                      )
    v.                      ) C.A. NO. 05-40041-MAP
                      )
DR. JOSEPH D. BURKE,        )
      Defendant       )

## MEMORANDUM AND ORDER REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(Docket No. 16)

March 29, 2006

PONSOR, D.J.

    Defendant, with leave of the court, filed his Motion for Summary Judgment on March 3, 2006. At that time, the court ordered Plaintiff to file his opposition by March 20, 2006. Despite the court's order, no opposition has been filed.

    Based on the failure of Plaintiff to file an opposition, Plaintiff's failure to comply with the court's order, and the meritoriousness of Defendant's arguments in support of the Motion for Summary Judgment, Defendant's Motion for Summary Judgment is hereby ALLOWED.

    The clerk is hereby ordered to enter judgment in favor of Defendant on all counts. This case may now be closed.

    It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge