# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

RAYMOND BAZINET,

    Plaintiff(s)

        v.                CIVIL ACTION NO. 3:05 -40041 -MAP

DR. JOSEPH D. BURKE,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Dr. Joseph D. Burke., against the plaintiff Raymond Bazinet, pursuant to the court's memorandum and order entered this date, granting the defendants motion for summary judgment on all counts.

                                      **SARAH A. THORNTON**,
                                      CLERK OF COURT

Dated: March 29, 2006                By  /s/ *Maurice G. Lindsay*
                                              Maurice G. Lindsay
                                              Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                           [jgm.]